### UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  March 17, 2022
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

               Plaintiff                   **SCHEDULING ORDER**

      -against-                             7:21-mj-06097 (UA)

Bobby Allen
               Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a waiver of indictment and change of plea for 3/21/2022 at 2:30 pm before Magistrate Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire.  The questionnaire is located on the Court's website at https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated: 3/17/2022
       White Plains, New York

                                              SO ORDERED:

                                              s/      PED
                                              _____

                                              PAUL E. DAVISON
                                              United States Magistrate Judge